Argued June 20, affirmed on the merits June 27, 1978

STATE OF OREGON, *Respondent,*
*v.*
SCOTT ANTHONY ROSENTHAL, aka
SCOTT ANTHONY TOWNSEND, *Appellant.*
(Nos. 77-4566, and 77-4567, CA 9738)
579 P2d 1312

Stephanie A. Smythe, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

Affirmed on the merits, *Oregon v. Mathiason,* 429 US 492, 97 S Ct 711, 50 L Ed 2d 714 (1977); reversed and remanded for resentencing, *State v. Fisher,* 32 Or App 465, 574 P2d 354 (1978).